IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| MARIAN SNOW A/K/A MARIAN SNOW-GIBBONS,<br><br>　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>DISCOVER FINANCIAL SERVICES,<br><br>　　　　　　　　　　Defendant. | Civil Action No. 5:14-cv-00025-D<br><br>**NOTICE OF APPEARANCE OF<br>PHILLIP A. HARRIS, JR.** |

NOW COMES Phillip A. Harris, Jr. of Nelson Mullins Riley & Scarborough, LLP and gives notice of his appearance in this proceeding as counsel on behalf of Defendant Discover Financial Services ("Discover"). Mr. Harris respectfully requests that all future documents, including but not limited to pleadings, notices, motions, and discovery, be served upon him as counsel for Discover.

Respectfully submitted, this 17th day of February, 2014.

　　　　　　　　　　　　　　　　NELSON MULLINS RILEY & SCARBOROUGH LLP


　　　　　　　　　　　　　　　　By: /s/ Phillip A. Harris, Jr.
　　　　　　　　　　　　　　　　Phillip A. Harris, Jr.
　　　　　　　　　　　　　　　　N.C. Bar No. 39740
　　　　　　　　　　　　　　　　4140 Parklake Avenue, GlenLake One, Suite 200
　　　　　　　　　　　　　　　　Raleigh, North Carolina 27612
　　　　　　　　　　　　　　　　Phone: (919) 877-3800
　　　　　　　　　　　　　　　　Fax: (919) 877-3799
　　　　　　　　　　　　　　　　Email: phillip.harris@nelsonmullins.com

　　　　　　　　　　　　　　　　*Counsel for Defendant Discover Financial Services*

1

**CERTIFICATE OF SERVICE**

I hereby certify that on February 17, 2014, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's CM/ECF System.

        Wesley S. White
        Law Offices of Wesley S. White
        2020 S. Tryon St., Suite 2A
        Charlotte, North Carolina 28203
        wes@weswhitelaw.com
        *Attorney for Plaintiff*

        NELSON MULLINS RILEY & SCARBOROUGH LLP

        By: /s/ Phillip A. Harris, Jr.
        Phillip A. Harris, Jr.
        N.C. Bar No. 39740
        4140 Parklake Avenue, GlenLake One, Suite 200
        Raleigh, North Carolina 27612
        Phone: (919) 877-3800
        Fax: (919) 877-3799
        Email: phillip.harris@nelsonmullins.com

        *Counsel for Defendant Discover Financial Services*