IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| MARIAN SNOW A/K/A MARIAN SNOW-GIBBONS,<br><br>         Plaintiff,<br><br>vs.<br><br>DISCOVER FINANCIAL SERVICES, (INC.),<br><br>         Defendant. | Civil Action No. 5:14-cv-00025-D<br><br>MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT |

    Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Defendant Discover Financial Services (hereinafter "DFS" or "Defendant") hereby moves for an order extending time to answer or otherwise respond to Plaintiff's Complaint. This motion is based on the following grounds:

    1. Defendant currently has until February 18, 2014, to answer or otherwise respond to Plaintiff's Complaint, based on service of the Summons and Complaint on or about January 27, 2014.

    2. Defendant has not previously asked for or been granted an extension of time, and the time in which to respond has not passed.

    3. Defendant requests an order that extends the deadline for responding to Plaintiff's Complaint to, and including, March 19, 2014.

    4. Despite due diligence and good faith efforts, Defendant and its counsel require an extension of time to investigate the allegations in the Complaint and prepare a responsive pleading.

5. Undersigned counsel has attempted to consult with counsel for Plaintiff and Plaintiff's counsel has not yet had an opportunity to respond.

6. A proposed order is submitted as an attachment hereto.

WHEREFORE, Defendant respectfully requests that the Court order that the time within which Defendant may serve its response to Plaintiff's Complaint be extended to, and including, March 19, 2014.

Respectfully submitted, this 17th day of February, 2014.

                NELSON MULLINS RILEY & SCARBOROUGH LLP

                By: \_\_\_/s/ Joseph S. Dowdy\_\_\_
                    Joseph S. Dowdy
                    N.C. State Bar No. 31941
                    Phillip A. Harris, Jr.
                    N.C. State Bar No. 39740
                    4140 Parklake Avenue, GlenLake One, Suite 200
                    Raleigh, North Carolina 27612
                    Phone: (919) 877-3800
                    Fax: (919) 877-3799
                    Email: joe.dowdy@nelsonmullins.com
                    Email: phillip.harris@nelsonmullins.com

                    *Counsel for Discover Financial Services*

## CERTIFICATE OF SERVICE

I hereby certify that on February 17, 2014, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's CM/ECF System.

  Wesley S. White
  Law Offices of Wesley S. White
  2020 S. Tryon St., Suite 2A
  Charlotte, North Carolina 28203
  wes@weswhitelaw.com

This the 17th day of February, 2014.

  NELSON MULLINS RILEY & SCARBOROUGH LLP

  By:  /s/ Joseph S. Dowdy
   Joseph S. Dowdy
   N.C. State Bar No. 31941
   Phillip A. Harris, Jr.
   N.C. State Bar No. 39740
   4140 Parklake Avenue, GlenLake One, Suite 200
   Raleigh, North Carolina 27612
   Phone: (919) 877-3800
   Fax: (919) 877-3799
   Email: joe.dowdy@nelsonmullins.com
   Email: phillip.harris@nelsonmullins.com

  *Counsel for Discover Financial Services*