IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| MARIAN SNOW A/K/A MARIAN SNOW-GIBBONS,<br><br>                      Plaintiff,<br><br>vs.<br><br>DISCOVER FINANCIAL SERVICES, (INC.),<br><br>                      Defendant. | Civil Action No. 5:14-cv-00025-D<br><br><br><br>ORDER |

      This matter is before the Court on the Motion for Extension of Time to Answer or Otherwise Respond to the Complaint filed by Defendant Discover Financial Services (hereinafter "Defendant"). The Court has reviewed the record in this matter and finds there is good cause to allow the motion.

      It is therefore ordered that Defendant's Motion for Extension of Time to Answer or Otherwise Respond to the Complaint shall be and hereby is allowed, and Defendant shall have until, and including, March 19, 2014, to serve a response to the Complaint.

      This the ___ day of February, 2014.

                                                            _____