IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
**Case No.** 5:14-cv-00025-D

MARIAN SNOW A/K/A MARIAN SNOW-GIBBONS, )
)
Plaintiff(s), )
)
vs )
)
DISCOVER FINANCIAL SERVICES (INC.), )
Defendant(s). )

**DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION**

Pursuant to Fed.R.Civ.P. 7.1 and Local Civil Rule 7.3, or Fed.R.Crim.P. 12.4 and Local Criminal Rule 12.3,

DISCOVER FINANCIAL SERVICES, who is a defendant,
(name of party) (plaintiff/defendant/other:_____)

makes the following disclosure:

1. Is party a publicly held corporation or other publicly held entity?

    YES ◯     NO ⦿

2. Does party have any parent corporations?

    YES ◯     NO ⦿

If yes, identify all parent corporation, including grandparent and great-grandparent corporations:

3. Is 10% or more of the stock of a party owned by a publicly held corporation or other publicly held entity?

    YES ◯     NO ⦿

If yes, identify all such owners:

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation (Local Civil Rule 7.3 or Local Criminal Rule 12.3)?

    YES ◯        NO ⦿

If yes, identify entity and nature of interest:

5. Is party a trade association?

    YES ◯        NO ⦿

If yes, identify all members of the association, their parent corporations, and any publicly held companies that own 10% or more of a member's stock:

6. If case arises out of a bankruptcy proceeding, identify any trustee and the members of any creditors's committee:

Signature: /s/ Phillip A. Harris, Jr.

Date: February 17, 2014

[Finalize Form]  [Reset Form]